

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,505-01

### IN RE ANTHONY LEROY PIERCE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 267685 IN THE 208TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

The Court abated Relator's motion for leave to file a writ of mandamus for a response from the District Clerk. Relator alleged that he filed four motions relating to his conviction in the 208th District Court of Harris County, and that the District Clerk did not filed the motions.

Based on the Harris County District Clerk's response, we deny leave to file the writ of mandamus against the District Clerk. Leave to file is denied as to any claims against the 208th District Court under *Padilla v. McDaniel*.[1]

Filed: October 14, 2015
Do not publish

---

[1] 122 S.W.3d 805 (Tex. Crim. App. 2003).